FILED

AUG 1 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

WHA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08 3848

| | |
|---|---|
| GUADALUPE RAMIREZ    Plaintiff, | CASE NO. _____ |
| vs. | **PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| HABEAS CORPUS.    Defendant. | |

*(PR)*

I, GUADALUPE RAMIREZ, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes ____ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____    Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.  (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  PETITIONER HAS NO EMPLOYMENT HISTORY.

5  _____

6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9        a.    Business, Profession or                    Yes ____ No  X

10             self employment

11       b.    Income from stocks, bonds,                  Yes ____ No  X

12             or royalties?

13       c.    Rent payments?                              Yes ____ No  X

14       d.    Pensions, annuities, or                     Yes ____ No  X

15             life insurance payments?

16       e.    Federal or State welfare payments,          Yes ____ No  X

17             Social Security or other govern-

18             ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____

22  _____

23  3.    Are you married?                                 Yes ____ No  X

24  Spouse's Full Name: _____

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____ Net $_____

28  4.    a.    List amount you contribute to your spouse's support:$ _____

1        b.     List the persons other than your spouse who are dependent upon you for

2              support and indicate how much you contribute toward their support. (NOTE:

3              For minor children, list only their initials and ages. DO NOT INCLUDE

4              THEIR NAMES.).

5   _____

6   _____

7   5.     Do you own or are you buying a home?      Yes \_\_\_ No $\times$

8   Estimated Market Value: $_____ Amount of Mortgage: $_____

9   6.     Do you own an automobile?          Yes \_\_\_ No $\times$

10   Make _____ Year _____ Model _____

11   Is it financed? Yes \_\_\_\_\_ No _____ If so, Total due: $ _____

12   Monthly Payment: $ _____

13   7.     Do you have a bank account? Yes \_\_\_ No $\times$ (Do not include account numbers.)

14   Name(s) and address(es) of bank: _____

15   _____

16   Present balance(s): $ _____

17   Do you own any cash? Yes \_\_\_ No $\times$ Amount: $ _____

18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19   market value.) Yes \_\_\_ No $\times$

20   _____

21   8.     What are your monthly expenses?

22   Rent: $ _____ Utilities: _____

23   Food: $ _____ Clothing: _____

24   Charge Accounts:

25   Name of Account        Monthly Payment        Total Owed on This Acct.

26   _____ $ _____ $ _____

27   _____ $ _____ $ _____

28   _____ $ _____ $ _____

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to

2  whom they are payable. Do not include account numbers.)

3  _____NO._____

4  _____

5  10.    Does the complaint which you are seeking to file raise claims that have been presented

6  in other lawsuits?   Yes ___  No X̶

7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8  which they were filed.

9  _____

10  _____

11         I consent to prison officials withdrawing from my trust account and paying to the court

12  the initial partial filing fee and all installment payments required by the court.

13         I declare under the penalty of perjury that the foregoing is true and correct and

14  understand that a false statement herein may result in the dismissal of my claims.

15

16  7.28.08

17  DATE                              SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

1

Case Number:_____

2

3

4

5

**CERTIFICATION OF FUNDS**

6

**IN**

7

**PRISONER'S ACCOUNT**

8

9

10

11      I certify that attached hereto is a true and correct copy of the prisoner's trust account

12      statement showing transactions of Guadalupe Ramirez  P68785  for the last six months at

13      Pelican Bay State Prison where he is confined.

14

15

16      I further certify that the average deposits each month to this prisoner's account for the

17      most recent 6-month period were $0.00 and the average balance in the prisoner's account each

18      month for the most recent 6-month period was $0.00.        (20%= $0.00)

19

20

21

22

23      Dated: __7/17/08__                                   _____
                                                           Authorized officer of the institution
24

25

26



27      THE WITHIN INSTRUMENT IS A CORRECT
        COPY OF THE TRUST ACCOUNT MAINTAINED
        BY THIS OFFICE.
        ATTEST: 7-17-08
28      CALIFORNIA DEPARTMENT OF CORRECTIONS
        BY _____
        TRUST OFFICE

```
                           CALIFORNIA DEPARTMENT OF CORRECTIONS
                                 PELICAN BAY STATE PRISON
                               INMATE TRUST ACCOUNTING SYSTEM
                               INMATE TRUST ACCOUNT STATEMENT


                     FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 17, 2008

ACCOUNT NUMBER : P68785                          BED/CELL NUMBER: CF09U 000000208L
ACCOUNT NAME   : RAMIREZ, GUADALUPE                  ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                              TRUST ACCOUNT ACTIVITY

        * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
        * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


     << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                              TRUST ACCOUNT SUMMARY
```

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

CURRENT
AVAILABLE
BALANCE
----------------
0.00
----------------
----------------

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7-17-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE