IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE RAMIREZ, | No. C 08-3848 WHA (PR) |
| Petitioner, | **JUDGMENT** |
| vs. | |
| ROBERT HOREL, Warden, | |
| Respondent. / | |

Pursuant to the court's order entered today, a judgment of dismissal without prejudice is hereby entered. Plaintiff shall receive no relief by way of his petition.

**IT IS SO ORDERED.**

Dated: August   22  , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.08\RAMIREZ,G3848.JUD.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE RAMIREZ,<br><br>        Plaintiff,<br><br>  v.<br><br>ROBERT HOREL, Warden,<br><br>        Defendant.<br>_____/ | Case Number: CV08-03848 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Guadalupe Ramirez
P-68785/C9-208
Pelican Bay State Prison
PO Box 7500
Crescent City, CA 95532

Dated: August 25, 2008

                                      Richard W. Wieking, Clerk
                                      By: D. Toland, Deputy Clerk